UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDY TODD, on behalf of himself and all others similarly situated )<br>)<br>Plaintiff, )<br>v. )<br>)<br>COLUMBUS REGIONAL HEALTHCARE SYSTEM )<br>)<br>Defendant ) | **JUDGMENT**<br>No. 7:24-CV-911-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to make service within 90 days.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 7, 2025 and for the reasons set forth more specifically therein, this case is dismissed for without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**This Judgment Filed and Entered on February 7, 2025, and Copies To:**
Samuel Ranchor Harris, III  (Via CM/ECF Notice of Electronic Filing)


February 7, 2025                    PETER A. MOORE, JR. CLERK

                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk